**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

Criminal No.  10-CR-00486-MSK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. CHRISTOPHER L. ROMERO,

Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Due to the schedule for the transport of prisoners by the Marshal's Service, the above-named Defendant will not be able to be transported from the La Plata County Jail in time for the status conference scheduled before the duty Magistrate Judge in Denver, Colorado on October 1, 2010 at 2:30 p.m., therefore;

**IT IS HEREBY ORDERED** that the status conference before the duty Magistrate Judge in Denver, Colorado be rescheduled for October 8, 2010 at 2:30 p.m. before the duty Magistrate Judge.

**DATED: September 23, 2010.**

BY THE COURT:

s/David L. West
United States Magistrate Judge

1