**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No. 10-CR-00486-MSK**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**1.  CHRISTOPHER L. ROMERO,**

  **Defendant.**

_____

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND REASONS
FOR ORDER OF DETENTION**
_____

**THIS MATTER** came before the Court for a Detention and Preliminary Hearing on January 21, 2015 on a Petition on Violation of Supervised Release and Summons for the Supervised Releasee. Present were the following: James Candelaria, Assistant United States Attorney, Robert Pepin, counsel for the Defendant and the Defendant.  The Defendant filed a written Waiver of Detention Hearing.

The Petition alleges five (5) violations of Supervised Release by the Defendant. During the hearing on January 21, 2015, the Court found probable cause to believe the Defendant had committed the alleged five (5) violations.

Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings.  The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]."

In making my findings of fact, I have taken judicial notice of the information set forth in the Petition on Violation of Supervised Release and the Defendant's waiver of the Detention Hearing and I find that the Defendant has not met his burden of proof as to detention.

As a result, after considering all of these factors, I conclude that there is clear and convincing evidence that no condition or combination of conditions for release will reasonably assure the safety

of the community. I further find, by a preponderance of the evidence, that no condition or combination of conditions of release will reasonably assure the appearance of the Defendant.

**IT IS HEREBY ORDERED** that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and

**IT IS FURTHER ORDERED** that the Defendant be afforded reasonable opportunity for private consultation with counsel; and

**IT IS FURTHER ORDERED** that on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of transporting the Defendant back to Central Division, District of Utah for further proceedings in that District.

The Defendant will be notified of his next Court appearance.

**DATED and ENTERED** this 21st day of January, 2015.

                        **BY THE COURT:**

                        **s/David L. West**
                        **United States Magistrate Judge**