# UNITED STATES DISTRICT COURT
## DISCRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Supervised Release) |
| v. | Case Number:  10-cr-00486-MSK-01 |
| | USM Number:  36484-013 |
| CHRISTOPHER LEE ROMERO | Robert William Pepin<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 5, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of Law | 12/07/2014 |
| 2 | Violation of Law | 12/07/2014 |

   The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

   It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

August 10, 2015
Date of Imposition of Judgment

*s/ Marcia S. Krieger*
Signature of Judge

Marcia S. Krieger, Chief U.S. District Judge
Name & Title of Judge

August 18, 2015
Date

DEFENDANT:  CHRISTOPHER LEE ROMERO
CASE NUMBER:  10-cr-00486-MSK-01                                                                  Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Excessive Use of Alcohol | 12/07/2014 |
| 4 | Failure to Report Arrest by Law Enforcement Officer | 12/07/2014 |
| 5 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 12/16/2014 |

DEFENDANT:  CHRISTOPHER LEE ROMERO
CASE NUMBER:  10-cr-00486-MSK-01                                                                Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eighteen (18) months, to be served concurrently with the sentence imposed in U.S. District Court, District of Colorado, Docket Number 1:15-cr-00011-MSK-DW-01.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal